IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIEGFRIED LISISCHEFF | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-CVp-1156 |
| V. | : | |
| | : | |
| MASTEC NORTH AMERICA, INC., | : | |
| MIGUEL A. AQUINO and ARI FLEET | : | |
| LT, LTD | : | |
| Defendants. | : | AUGUST 11, 2020 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, MasTec North America, Inc. ("MasTec"), Miguel A. Aquino ("Aquino"), and Ari Fleet LT, LTD ("AFL") (collectively, "Defendants"), hereby give notice that they are timely removing this civil action to the United States District Court for the District of Connecticut because the alleged amount in controversy exceeds the jurisdictional limits and there is complete diversity of citizenship among the parties. In support of this Notice of Removal, Defendants state as follows:

### I.    NATURE OF THE CASE

1.    Plaintiff, Siegfried Lisischeff (hereinafter "Plaintiff"), allegedly served his Summons and Complaint dated July 1, 2020, on the Defendants on July 14, 2020. The Summons, Complaint and Return of Service are attached as Exhibit 1.

2.    Plaintiff alleges damages caused by Defendants' negligence as outlined in outlined in paragraphs 6 of Plaintiff's Complaint and seeks recovery of damages and costs.

### II.    REQUIREMENTS FOR REMOVAL

3.    This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is being filed within thirty days after service on the Defendants.

27344870.v1

4.      Removal is proper under 28 U.S.C. § 1441(a).  The Superior Court for the State of Connecticut, Judicial District of Hartford, the court in which this action is pending, is located within the jurisdiction of the United States District Court for the District of Connecticut.

5.      All Defendants joined in the removal of this action.

6.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders filed and served to date in the action are attached hereto as Exhibit 1.

7.      Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given to Plaintiff's counsel, and Notice of Filing the Notice of Removal will be filed with the Clerk of the Superior Court for the State of Connecticut, Judicial District of Hartford contemporaneously with this notice.  A true and accurate copy of the Notice of Filing the Notice of Removal that will be filed is attached hereto as Exhibit 2.

### III.    STATUTORY BASIS FOR FEDERAL JURISDICTION

8.      Removal of this action is proper under 28 U.S.C. § 1441.  The Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as it is a civil action between citizens of different states and in which the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

#### A.      There Is Complete Diversity of Citizenship between the Parties

9.      Plaintiff is an individual who resides in West Simsbury, Connecticut. *See Summons and Complaint*, Exhibit 1.

10.     Defendant MasTec is a Florida corporation with a principal place of business in Florida. *See* CONCORD Business Inquiry, Exhibit 3; Summons, Exhibit 1.

11.     Defendant Aquino is an individual who resides in Springfield, Massachusetts. *See* Summons, Exhibit 1.

27344870.v1

12.     Defendant AFL is a Delaware corporation with a principal place of business in New Jersey. *See* CONCORD Business Inquiry, Exhibit 4; Summons, Exhibit 1.

13.     For purposes of diversity jurisdiction, a corporation is deemed a citizen of the state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c).

14.     As such, for diversity purposes, Mastec is a citizen of Florida, and AFL is a citizen of Delaware and New Jersey.

15.     As all parties are citizens of different states, complete diversity is satisfied.

**B.     The Amount in Controversy Exceeds the Jurisdictional Threshold**

16.     In the Complaint, Plaintiff alleges that on or about September 27, 2018, the Plaintiff was injured when the vehicle he was driving collided with a vehicle that was being operated by Aquino. Complaint, ¶ 1-4, Exhibit 1. Plaintiff alleges that Aquino was an employee of MasTec acting within the scope of his employment at the time of the collision. Complaint, First Count ¶¶ 2-4, Exhibit 1.  Plaintiff further alleges that, at the time of the collision, Aquino was operating a vehicle owned by AFL. Complaint, Fourth Count, ¶¶ 2-4.

17.     Plaintiff claims that he suffered injuries as a result of the negligence of the Defendants, and that AFL and MasTec are also vicariously liable. Complaint, Exhibit 1.

18.     Although the Plaintiff's Complaint does not specify the amount in controversy, Plaintiff has alleged that he has a traumatic brain injury as a result of the collision. Complaint, ¶ 6. Plaintiff also alleges that, as a result of the collision, he suffered a concussion, a protruding cervical disc resulting in nerve impingement, bilateral shoulder injuries, elbow pain, back pain, and numbness and tingling in his right hand. Id. Plaintiff alleges that his injuries are or are likely to be permanent. Complaint, ¶ 8.

19.     As a result, the alleged damages, Plaintiff claims make it apparent that the amount in controversy in this case is in excess of $75,000, and that removal is proper.

### IV.    PRAYER FOR RELIEF

20.     Because the minimum jurisdictional threshold is met and complete diversity of citizenship exists among the parties, Defendants respectfully request that this Court assume jurisdiction over this action and proceed with its handling as if it had been filed in the United States District Court for the District of Connecticut.

<div style="margin-left:40%">

Respectfully submitted,
MASTEC NORTH AMERICA, INC.,
MIGUEL A. AQUINO and ARI FLEET LT,
LTD

By:    */s/ Joshua L. Milrad*
          Joshua L. Milrad (ct19321)
          Andrew L. Baldwin (ct29171)
          GOLDBERG SEGALLA, LLP
          100 Pearl Street, Suite 1100
          Hartford, CT 06103-4506
          Tel: 860.760.3328
          Tel: 860.760.3313
          Email:  jmilrad@goldbergsegalla.com
          Email:  abaldwin@goldbergsegalla.com

</div>

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 11th day of August, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Joshua L. Milrad*
Joshua L. Milrad