IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIEGFRIED LISISCHEFF : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:20-cv-01156-RNC |
| V. : | |
| : | |
| MASTEC NORTH AMERICA, INC., : | |
| MIGUEL A. AQUINO and ARI FLEET : | |
| LT, LTD : | |
| Defendants. : | AUGUST 18, 2020 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, MaSTec North America, Inc., Miguel A. Aquino, and Ari Fleet LT, LTD (collectively, the "Defendants") hereby move for a ten (10) day extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including August 28, 2020. As reasons therefore, Defendants state as follows:

1. Plaintiff, Siegfried Lisischeff ("Plaintiff"), allegedly served his Summons and Complaint on the Defendants on July 14, 2020. The Complaint bears a return date of July 28, 2020. Under the Connecticut Practice Book, Defendants would not be required to file its initial pleading until thirty days from the return date, August 28, 2020, at the earliest.

2. On August 11, 2020, Defendants removed this action to the United States District Court for the District of Connecticut.

3. QBE requests an additional ten (10) days, up to and including August 28, 2020, to respond to the Complaint. As a result of the removal on August 11, 2020, the deadline for filing a responsive pleading was shortened by ten days to August 18, 2020.

4. This additional time is necessary to allow the Defendants an opportunity to review the Complaint and pertinent file materials, and prepare an adequate response.

27419737.v1

5. This is the Defendants' first request for an extension of this deadline.

6. Counsel for the Defendants has conferred with counsel for the Plaintiff and Plaintiff has no objection to the requested extension.

WHEREFORE, for the foregoing reasons, Defendants MasTec North America, Inc., Miguel A. Aquino, and Ari Fleet LT, LTD respectfully request that the Court grant their motion and extend the time for Defendants to respond to the Complaint by ten (10) days, up to and including August 28, 2020.

>
> Respectfully submitted,
> MASTEC NORTH AMERICA, INC.,
> MIGUEL A. AQUINO and ARI FLEET LT, LTD
>
> By:   */s/ Andrew L. Baldwin*
>         Joshua L. Milrad (ct19321)
>         Andrew L. Baldwin (ct29171)
>         GOLDBERG SEGALLA, LLP
>         100 Pearl Street, Suite 1100
>         Hartford, CT 06103-4506
>         Tel: 860.760.3328
>         Tel: 860.760.3313
>         Email: jmilrad@goldbergsegalla.com
>         Email: abaldwin@goldbergsegalla.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Andrew L. Baldwin*
Andrew L. Baldwin
